**Order entered November 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01015-CV

### IN RE GENE E. PHILLIPS, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05268-A**

## ORDER

On September 17, 2018, relator filed a "Notice of Pending Settlement" and informed the Court that relator anticipated he would file a motion to dismiss this proceeding after the settlement documents are executed. To date, the Court has received no further correspondence or filings from relator. We **ORDER** relator to file either a report on the status of settlement or a motion to dismiss this proceeding **by November 9, 2018**. We caution relator that failure to comply with this order may result in the dismissal of his petition for writ of mandamus. *See* TEX. R. APP. P. 42.3(c).

/s/     BILL WHITEHILL
JUSTICE